IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No 05-342-24(RCL) |
| v. | : | |
| | : | |
| JUAN EDUARDO PEREZ-RINCON | : | |

## MOTION TO APPEAR PRO HAC VICE PURSUANT TO LOCAL RULE 44.1(D)

*COMES NOW*, Elita C. Amato, a member in good standing of this Bar and hereby sponsors Todd Merer, Esq. to appear pro hac vice before this court. Pursuant to local rule 44.1(d), I move Mr. Merer to appear pro hac vice in the above referenced case to represent the defendant Juan Eduardo Perez-Rincon. Mr. Merer is admitted to practice law in the State of New York and the Federal District Courts of the Southern and Eastern District of New York. I have reviewed Mr. Merer's certificate of good standing, his NY bar card and his 44.1(d) declaration. (See attached documents).

Upon information and belief, the defendant Juan Eduardo Perez-Rincon, may be extradited this week or in the near future. Mr. Merer is prepared to appear in court at the initial appearance of Mr. Perez-Rincon. If required, Undersigned is prepared to be present at that initial hearing as well.

Respectfully submitted,

/s/

Elita C. Amato, Esq.
DC Bar # 442797
2009 N. Fourteenth Street., Suite 708
Arlington, VA  22201
(703) 522-5900

2

CERTIFICATE OF SERVICE

**I CERTIFY** that the above motion was filed electronically on February 25, 2008, thereby served electronically upon on all parties in this case.

/s/
_____
Elita C. Amato