**TODD M. MERER, ESQ.**
**ATTORNEY AT LAW**
**41 MADISON AVENUE**
**FIFTH FLOOR**
**NEW YORK, NEW YORK 10010**
**(212) 683 2525**
fax: (212) 213 9786

FAX COVER SHEET

To:            Alita Amato, Esq. @ )703) 522-1250

Date & Time:   February 25, 2008 @ 9:35 AM

Total pp:      cover + three

Re:            USA –v- Juan Eduardo Perez-Rincon (#24) 05-342 (RCL)

Alita:

My internet is down this morning so I am faxing the attached and will try and scan and e-mail them later today. Attached are copies of my New York State bar card, a copy of a certified certificate of good standing in the SDNY, and my declaration as per the D.C. District local rules.

As you know I am not sure precisely when my client is going to be there, although I believe it will be sometime this week. For that reason I want to be sure that I am admitted ASAP, so that I am notified and can make arrangements to be there for his arraignment. I am not sure if you need be present for that too once I am admitted.

In any event, I have a check for you and can either overnight it via FedEx or bring it with me, whatever your prefer

Thanks.

Todd Merer

The information contained in this facsimile is confidential and attorney-privileged. It is intended only for the use of the individual or entity named above. If this communication was received in error please notify us immediately.

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, **J. Michael McMahon**, Clerk of this Court, certify that

_____**TODD M. MERER**_____, Bar #___**TM5219**___

was duly admitted to practice in this Court on

___**DECEMBER 2nd, 1980**___, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
          New York, New York         on   **FEBRUARY 25th, 2008**

__**J. Michael McMahon**__   by   ___[signature]___
      Clerk                         Deputy Clerk

**TODD M. MERER**

ATTORNEY AT LAW

41 MADISON AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK 10010
—
(212) 683-2525
FAX: (212) 213-9786
E-MAIL: toddmerer@aol.com

DECLARATION BY NON-MEMBER ATTORNEY SEEKING TO APPEAR *PRO HAC VICE*

1. My name is Todd Michael Merer.

2. My office is at 41 Madison Avenue, suite 5B, New York, New York 10010. My telephone is (212) 683 2525.

3. I am admitted to the bar of the State Of New York and to the Federal District Courts of the Southern and Eastern District of New York.

4. I have never been disciplined by any bar.

5. I have never been admitted *pro hac vice* to the federal District Court of the District of Columbia.

6. I do not maintain an office in the District of Columbia, nor do I have an application pending for membership in the bar of the federal district court for the District of Columbia.

*[signature]*

Todd M. Merer

February 25, 2008

