TODD M. MERER
41 Madison Avenue – Fifth Floor
New York, New York 10010
(212) 683 2525
Fax: (212) 213 9786
Toddmerer@aol.com

March 5, 2008

Honorable Royce C. Lamberth
United States District Judge
333 Constitution Avenue NW
Washington, D.C.

        Re:  USA –v– Juan Eduardo Perez-Rincon
              05-Cr-342-24(RCL)

Dear Judge Lamberth:

Thank you for allowing me to appear *pro ac vice*. Also please indulge my communication in this manner rather than by ECF; I am amidst the (in)completed process of obtaining my District of Colombia access code.

I am informed that Mr. Perez-Rincon has earlier this morning been extradited from Colombia, and will shortly arrive in the District of Columbia. In order to make travel arrangements I will need one day's notice of his court appearance. If, as it appears, he is present in the District on Friday, March 7, 2008, I respectfully request his court appearance be scheduled at 2 PM, when one of his co-defendants is already scheduled for a status conference.

                                        Respectfully,

                                        Todd M. Merer