```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------
UNITED STATES OF AMERICA              Docket No. 1:05-cr-343-24

       -against-
                                       NOTICE OF APPEARANCE
JUAN EDUARDO PEREZ-RINCON                  PRO HAC VICE
-----------------------------------------------------------
```

TO:     CLERK

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE
        DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

        I AM APPEARING IN THIS ACTION AS  (Please check one)

        1. [ ] CJA    2. [X] RETAINED   3. [ ] PUBLIC DEFENDER (Legal Aid)

        ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [X] YES –IF YES
               GIVE YOUR DATE OF ADMISSION:  MO December  YR 1980

        I DO HEREBY CERTIFIY THAT I HAVE FILED OR WILL FILE A
        CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE
        COURT, PURSUANT TO LOCAL RULE 44.1(D).

DATED:  NEW YORK, NEW YORK
        March 5, 2008

                                SIGNATURE  /s/ Todd M. Merer

                                Todd M. Merer
                                Attorney for Defendant


                                _____
                                Firm name if any

                                 41 Madison Ave., Suite 5B
                                Street address

                                  New York       New York       10010
                                City             State          Zip

                                 (212) 683-2525
                                Telephone No.