# TODD M. MERER
ATTORNEY AT LAW
41 Madison Avenue
New York, NY 10010
(212) 683-2525
Fax: (212) 213-9786
E-Mail: toddmerer@aol.com

March 17, 2008

Honorable Royce C. Lamberth
United states District Judge
333 Constitution Avenue NW
Washington, D.C.

Re: USA -v- Juan Eduardo Perez-Rincon
    05-Cr-342-24(RCL)

Dear Judge Lamberth:

   Mr. Perez-Rincon, who was recently extradited from Colombia, is currently detained by the District of Columbia Department of Corrections.
   It is my understanding that much, if not all, of his discovery material is wiretap evidence. To review the material properly he likely will need to engage in co-defendant meetings. Unfortunately almost all his co-defendants are housed in the CTF institution, which precludes any contact between them.
   In order for Mr. Perez-Rincon to prepare for trial I am requesting the Court to issue an order directing the District of Columbia to transfer him to the CTF institution.

                                    Respectfully submitted,

                                    _/s/_____
                                    Todd M. Merer