```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------x
UNITED STATES OF AMERICA
                                    NOTICE OF MOTION FOR ORDER
         -v-                        05-cr.342-24(RCL)

JUAN EDUARDO PEREZ-RINCON
-------------------------------x
```

PLEASE TAKE NOTICE that Defendant Juan Eduardo Perez Rincon moves the Court to enter an Order directing the District of Columbia Department of Corrections to transfer him from their facility to the CTF facility so that he may confer in regard to discovery material with his numerous codefendants currently detained in the CTF facility.

No oral argument is requested and no Brief in Support of this Motion is submitted.

```
                              /s_____
                                Todd M. Merer
                                Attorney for Defendant
                                41 Madison Avenue, suite 5B
                                New York, New York 10010
```