```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------x
UNITED STATES OF AMERICA
                                        ORDER
            -v-                         05-cr.-342-24(RCL)

JUAN EDUARDO PEREZ-RINCON
-------------------------------x
```

   This matter having been presented to the Court on the motion of Defendant Juan Eduardo Perez-Rincon (by Todd M. Merer, Esq.) seeking to be transferred from the District of Columbia Department of Corrections to the custody of the CTF facility in order to confer with co-defendants in preparation for trial, for good cause shown.

   It is on the ____ day of March, 2008,

   ORDERED and ADJUDGED that the District of Columbia Department of Corrections transport as soon as it reasonably possible, Defendant Juan Eduardo Perez-Rincon to the CTF facility.

   SO ORDERED this ____ day of March, 2008.

```
                                  _____
                                  HONORABLE ROYCE C. LAMBERTH
                                  United States District Judge
```