```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

-----------------------------x
UNITED STATES OF AMERICA

          -v-                        05-cr.342-24(RCL)

JUAN EDUARDO PEREZ RINCON
-----------------------------x


                   CERTIFICATE OF SERVICE
```

I, Todd M. Merer, Esq., hereby certify that the within

Notice of Motion and proposed Order have been

electronically filed with the United States District Court.

```
                    s/_____
                      Todd M. Merer
                      Attorney for Defendant
                      41 Madison Avenue – 5B
                      New York, New York 10010
```