UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     )  )  **Plaintiff**,    )  )  v.      )  )  **JUAN EDUARDO PEREZ RINCON**   )  )  **Defendants.**    )  _____) | Criminal Case No.   05-342-24 (RCL) |

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR TRANSFER OF DETENTION

The United States of America, by and through Patrick H. Hearn, Trial Attorney, U.S. Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, hereby opposes the defendant's motion for an order transferring his detention from the D.C. Jail to the Correctional Treatment Facility (CTF), and in support of which states the following:

The defendant is currently held without bond pending trial. On March 19, 2008, the defendant filed his motion for transfer to CTF.

For reasons set out by Maria Amato, General Counsel for the District of Columbia Department of Corrections in the attached letter, the government believes that inmate classification and placement decisions are appropriately made by those in the best position to determine the welfare and security needs of the inmate, the inmate population as a whole, the staff of the facility and the public[1]. For the Court to order placement contrary to the

---

[1] Although pertaining to another defendant in another case the government believes the position set forth in the letter is equally applicable in this case.

determination of the Department of Corrections would be, with all due respect to the Court, an inappropriate intrusion on the operation of the facility and its decision-making process.

While the government appreciates the defendant's desire transfer to CTF, it believes that the Department of Corrections has the experience and knowledge to make objective placement decisions that are in everyone's best interest. Further, given that the defendant's desire is likely shared by virtually all inmates, to single him out for transfer would do a disservice to others with equal burdens.

## CONCLUSION

For the reasons stated above, the government respectfully requests that this Court deny the defendant's motion for transfer.

Respectfully submitted
KEN BLANCO, Chief
Narcotics and Dangerous Drug Section

/s/
Patrick H. Hearn
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 305-7606

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8 day of April, 2008, a copy of the foregoing Government's Opposition to Defendant's Motion for Transfer of Detention was served via ECF to Todd M. Merer, attorney for defendant Juan Carlos Perez Rincon.

/s/
Patrick H. Hearn