```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
---------------------------------x

United States of America
                                              05-cr-342-24(RCL)
        -v-

Juan Eduardo Perez-Rincon

---------------------------------x
```

DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION
TO DEFENDANT'S MOTION FOR TRANSFER OF DETENTION

The Defendant does not contest that inmate placement decisions are best made by the Department of Corrections for the reasons stated in the Departmental letter of February 15, 2007, which the Government submitted. However, these reasons are immaterial to this motion.

In this multi-defendant case the great majority of the Defendant's alleged co-conspirators are <u>already</u> in CTF custody. They are now preparing for trial, individually and jointly, by reviewing discovery material, principally telephonic interceptions of conversations the Government alleges took place between them.

Absent any other show of difference (infirmness, cooperation, proclivity for violence; none of which has

1

been alleged nor cited) between the Defendant and his co-defendants housed in CTF, he should be accorded the same opportunity as they to prepare for trial by participating in co-defendant meetings.

CONCLUSION

For the reasons stated the Defendant requests this Court to grant his motion for transfer.

Respectfully submitted,

/s/_____

Todd M. Merer
41 Madison Avenue
Fifth Floor
New York, New York 10010
(212) 683 2525

2