```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

------------------------------x
UNITED STATES OF AMERICA

          -v-                           05-cr.342-24(RCL)

JUAN EDUARDO PEREZ RINCON
------------------------------x
```

CERTIFICATE OF SERVICE

I, Todd M. Merer, Esq., hereby certify that on this 9th day of April 2008 a copy of the foregoing Defendant's Reply to Government's Opposition to Defendant's Motion for Transfer of Detention was served via ECF to AUSA Patrick H. Hearn, Attorney for the Government.

```
                       s/_____
                         Todd M. Merer
                         Attorney for Defendant
                         41 Madison Avenue – 5B
                         New York, New York 10010
```