UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JUAN EDUARDO PEREZ-RINCON,  )<br>  )<br>       Defendant.  )<br>_____) | CRIMINAL NO. 05-342-24 (RCL)<br><br>FILED<br>APR 16 2008<br>Clerk, U.S. District and<br>Bankruptcy Courts |

## ORDER

Now before the Court comes defendant's motion [128] for transfer to the Correctional Treatment Facility ("CTF"). Upon consideration of the motion, the government's opposition, the reply, and the fact that the evidence which defendant must access to prepare for trial is available only at CTF, it is hereby

ORDERED that the motion is GRANTED. The District of Columbia Department of Corrections shall immediately transfer defendant to CTF.

SO ORDERED.

_____       _4/16/08_____
United States District Judge Royce C. Lamberth     Date