```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------X

UNITED STATES OF AMERICA


         -v-                        Criminal No. 05-342-03(RCL)


JUAN EDUARDO PEREZ-RINCON

------------------------------X
```

**DEFENDANT'S NOTICE OF MOTION**

Please take notice that upon the annexed affirmation of TODD MERER, ESQ., and all the proceedings previously held in this matter, the Defendant Juan Eduardo Perez-Rincon, hereby moves this Honorable Court at a date and time to be determined, for the following relief pursuant to the Federal Rules of Criminal Procedure and the inherent supervisory power of this Court for issuance of the following orders:

1.   An Order requiring complete discovery to the extent that the items requested herein have not yet been provided, and;

1

2.   An order pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, including Kyles c. Whitley 115 S. Ct. 1555 (1995) directing the Government to produce all information which tends to exculpate the Defendant, and;

3.   An order granting leave to the Defendant to join any and all motions made by his co-Defendants herein which are applicable and not inconsistent with the motions advanced herein, and;

4.   An order granting leave to the Defendant to make such further and/or additional motions as counsel may deem appropriate, including a motion for severance, and for such other and further relief as to this Court may seem just and proper, and;

5.   A Bill of Particulars.

Dated:   New York, New York
         May 14, 2008

                              Respectfully submitted,

                                 /s/
                                 _____
                                 Todd Merer

                                 41 Madison Avenue – 5th Floor
                                 New York, New York 10010