```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------X

UNITED STATES OF AMERICA

        -v-                           ATTORNEY'S AFFIRMATION
                                      05 - Cr. 342-24 (RCL)

JUAN EDUARDO PEREZ-RINCON

------------------------------X
```

TODD MERER, an attorney duly admitted to practice law in the State of New York and admitted *pro hac vice* in the District of Columbia, hereby affirms and says:

1. I have been retained to Defendant Juan Eduardo Perez-Rincon and am familiar with the facts of this case, including the discovery material thus far provided.

2. I make the following statements and requests herein in order to adequately prepare my client for trial.

## DISCOVERY

3. To date the sole discovery the Government has provided are five (5) CDs/DVDs containing some audio conversations and some transcripts and summaries of conversations.

4. Pursuant to Rule 16 FRCrP I request the Court to

direct the Government to provide additional discovery as follows:

    a)    Identify the particular conversations attributed to the Defendant, and;

    b)    Identify in what manner and by what person(s) the Defendant's voice was identified, and;

    c)    Provide Spanish and English transcripts of all conversations in which he allegedly participated; as well as all conversations in which he allegedly is referred to, and;

    d)    Indicate what telephones numbers the Defendant allegedly spoke on, and on what dates; and in whose name(s) the telephone numbers were subscribed.

5.    The Government has not alleged that the Defendant has made any post-arrest statements.

6.    Nevertheless, pursuant to Rule 16 of the FRCrP I request the Court to direct the Government to indicate any statement or conversation the Defendant may have had with law enforcement or Government personnel at <u>any</u> time following his arrest, including but not limited to providing pedigree information. Additionally, I request that the time and place of such conversations, along with

the identity of those who may have engaged in them or been present when they took place, be provided, as well as any documentation of such conversation or recording of it that may have been made.

7. Pursuant to Rule 16 I request the Court to direct the Government to provide copies of the originals and to allow inspection of the originals of any recordings, documents, photographs, tangible objects, which were obtained from or relate to the Defendant, including those regarding any corporation, partnership, or other business entity in which the Defendant has or is alleged to have any interest, or any relationship of any kind at any time.

8. Pursuant to Rule 16 I request copies of any documents the Government intends to use at trial in its case in chief, including any that will be put into evidence and any relied upon or referred to in any manner or used to impeach any witness.

9. I request that any such documents be specifically identified from the mass of documents that may be produced; both to enable counsel to prepare for trial, and to afford the Defendant an opportunity to move to suppress any such evidence.

10. I request a list of any and all property seized from the Defendant incidental to his arrest; and that I be allowed to inspect same.

11. I request a copy of any search warrant; and a copy of all "returns" from said warrants.

12. If the government expects to call any witness to give expert testimony at either a trial or hearings, I request that all resumes, trainings, experiences, and writings of said witness(s) be supplied.

13. I request that the names, dates, times, and places of any identification of the Defendant by any law enforcement authorities be provided, as well as any documents, recordings, or records of said identification.

**BILL OF PARTICULARS**

14. The indictment is bare-bones and provides limited information regarding the Defendant's role in a conspiracy.

15. I request that the Government be required to specify at the least when the Defendant joined the conspiracy, and

what role the Defendant played in the conspiracy, and what person or person or co-conspirator, indicted or unindicted, he interacted with.

**BRADY MATERIAL**

16. Pursuant to Brady v. Maryland and its progeny I request the following:

17. In regard to any Government witnesses:

    a) any and all information known or that should be known by due diligence which may affect the credibility of said witness, and;

    b) any and all information that is exculpatory in nature.

18. I request the right to inspect any and all documents or recordings or transcripts of recordings made by _any_ law enforcement officers at _any_ time during the investigation of this conspiracy, including but not limited to:

    a) requests for legal authority to conduct electronic surveillance, and any such authority so granted, and;

5

    b)    records of electronic surveillance including but not limited to recordings the Government intends to put into evidence, specifically:

        i)    "line sheets" and/or "logs," and;

        ii)    notes, if any, of "minimized" and/or "non-pertinent" conversations, and;

        iii) the dates, times, places, and physical location of any tapes, documents, or other materials derived from electronic surveillance.

19. The names of those people convicted in Colombia in connection with the seizure of 50 kilos of cocaine in a truck in northern Colombia that the Defendant allegedly conspired with, or had a connection with.

20. Specifically, I request all documents connected with their arrest, including those generated by both U.S. and Colombian law enforcement and legal proceedings, and including but not limited to allocutions and admissions concerning those person(s) role(s) in the crime and ownership of the drugs, as well as any other person(s) referred to in connection with the arrest and seizure at any time before, during, or after the arrests.

**PERMISSION TO JOIN IN MOTIONS MADE BY CO-DEFENDANTS**

21. I request an Order allowing the Defendant to join in the motions of his co-Defendants; specifically those seeking to suppress electronic surveillance.

**PERMISSION TO FILE ADDITIONAL MOTIONS**

22. I request an Order granting the Defendant permission to file additional motions subsequent to the response of the instant motions, any newly discovered material, and the Court's decision.

23. I specifically request permission to reserve the Defendant's right to file a motion for severance until such time as all discovery has been provided so that counsel can determine whether said motion is necessary.

/s/
_____
TODD MERER

Dated: New York, New York
       May 14, 2008