```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

-----------------------------x
UNITED STATES OF AMERICA

       -v-                              <u>05-cr.342-24(RCL)</u>

JUAN EDUARDO PEREZ RINCON
-----------------------------x

                      CERTIFICATE OF SERVICE

I, Todd M. Merer, Esq., hereby certify that on this 14th day of May 2008 a copy of the foregoing Defendant's Notice of Motion and Affirmation was served via ECF to AUSA Patrick H. Hearn, Attorney for the Government.

                                 s/_____
                                  Todd M. Merer
                                  Attorney for Defendant
                                  41 Madison Avenue – 5B
                                  New York, New York 10010