```
                    TODD M. MERER
         41 Madison Avenue - Fifth Floor
             New York, New York 10010
                  (212) 683 2525
                FAX (12) 213 9786
                Toddmerer@aol.com
```

June 22, 2008

Patrick H. Hearn
Trial Attorney, Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, NW
Washington, D.C. 20005

    Re:  USA -v- Juan Eduardo Perez-Rinco
       <u>05-cr-342 (RCL)</u>

Dear Mr. Hearn:

As you are aware there have been numerous difficulties in regard to my client's ability (as well as that of many of his co-defendants) to adequately access the discovery DVDs and CDs.  I was under the impression that this issue was finally resolved, but today Warden Fulton of CTF telephoned me to report that the discs cannot be accessed.  He informs me that CTF is bringing in a computer technician to attempt to rectify the problem, but that he believes the recordings themselves are flawed; some totally, some only on the video portions, others only on the audio portions.

I am requesting that you enable federal assistance in the form of either a technician who can solve any software problems, or by temporarily making available to CTF computers that are adequate.

            Very truly yours,


            Todd M. Merer