UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

          v.                                 05-342

**JOSE HUGO ALVAREZ LOZANO,**
        et.al.

**ORDER**

It is Hereby Ordered that the Government bring to Washington, D.C. case agents who investigated this case and case agents who were present during debriefings of witnesses and the taking of statements of witnesses. The agents are to be available for the defendants during the case in chief and to be available for the defense case if requested by counsel for the defendants.

So Ordered.   This _____day of _____2008.

_____
**Chief Judge Royce C. Lamberth**