UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>**Plaintiff**, )<br>)<br>v. )<br>)<br>JUAN EDUARDO PEREZ RINCON )<br>)<br>**Defendant.** )<br>_____ ) | Criminal Case No. 05-342-24 (RCL) |

### GOVERMENT'S UNOPPOSED MOTION TO FILE OUT OF TIME

The United States, by and through Patrick Hearn, Trial Attorney, Department of Justice Criminal Division, Narcotic and Dangerous Drug Section, respectfully request leave of this Honorable Court to file out of time the Government's motion:

1. Government's Response to Defendant's Discovery Requests and Motion for Bill of Particulars

As grounds for this motion Government's counsel encountered several unforeseen matters which required his attention. The Government has contacted Defendant's Counsel, Todd Merer, and he has no objection to the Government's Motion to File out of Time.

WHEREFORE counsel respectfully requests that this motion be granted.

Dated: June 28, 2008

Respectfully submitted,

WAYNE RAABE, Acting Chief
Narcotics and Dangerous Drug Section

/s/ _____
Patrick H. Hearn
Trial Attorney

Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005
(202) 305-7606

## CERTIFICATE OF SERVICE

I hereby certified that a copy of the forgoing Government's Motion to File Out of Time was sent to Todd Merer, attorney for Juan Eduardo Perez Rincon, via ECF on June 28, 2008.

/s/
Patrick H. Hearn
Trial Attorney