UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**          )<br>                                                           )<br>             **Plaintiff**,               )<br>                                                           )<br>        v.                                            )         Criminal Case No. 05-342-24 (RCL)<br>                                                           )<br> **JUAN EDUARDO PEREZ RINCON**  )<br>                                                           )<br>             **Defendant.**              )<br>_____ ) | |

**ORDER**

This matter is before the Court on the Goverment's Unopposed Motion to File Out of Time and upon consideration of the motion it is this _____ day of _____, 2008,

      **ORDERED** that the Government's Motion should be and hereby is **GRANTED** and it is

      **FURTHER ORDERED** that the Clerk of the Court file the Government's motions, Government's Response to Defendant's Discovery Requests and Motion for Bill of Particulars and Proposed Order.

 

_____
Honorable Royce C. Lamberth
U.S. District Judge
United States District Court
For the District of Columbia

cc:  Patrick H. Hearn, Trial Attorney                Todd Merer
     U.S. Department of Justice                      Attorney for Perez Rincon
     Narcotic and Dangerous Drug                     41 Madison Ave.
     1400 New York Ave., N.W.                        Fifth Floor
     Washington, D.C. 20005                          New York, NY 10010
     202-305-7606                                    Toddmerer@aol.com
     patrick.hearn@usdoj.gov