UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| v. ) | Criminal Case No. 05-342-24 (RCL) |
| ) | |
| **JUAN EDUARDO PEREZ RINCON** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

The Defendant, Juan Carlos Perez-Rincon, has moved for discovery production and a Bill of Particulars. The Government has objects to discovery production beyond the required by the Brady rule, Rule 16 and the Jencks Act and to a Bill of Particulars.

Upon consideration of the Defendants for discovery production and a Bill of Particulars. And the Government's objection, it is this, _____ day of _____, 2008,

**ORDERED**, that the Defendant's request for discovery production beyond that required the Brady rule, Rule 16 and the Jencks Act and Defendant's Motion for a Bill of Particulars be **DENIED**.

**SO ORDERED**,

_____
Honorable Royce C. Lamberth
U.S. District Judge
United States District Court
For the District of Columbia

cc: Patrick H. Hearn, Trial Attorney
U.S. Department of Justice
Narcotic and Dangerous Drug
1400 New York Ave., N.W.
Washington, D.C. 20005
202-305-7606
patrick.hearn@usdoj.gov

Todd Merer
Attorney for Perez Rincon
41 Madison Ave.
Fifth Floor
New York, NY 10010
Toddmerer@aol.com