

U.S. Department of Justice

Criminal Division
Narcotic and Dangerous Drug Section

---

Patrick H. Hearn
Trial Attorney
(202) 305-7606 Office
(202) 514-0483 Fax

Bond Building
1400 New York Ave., N.W.
Room 8410
Washington, D.C. 20005

March 10, 2008

Todd Merer
Attorney for Perez-Rincon
41 Madison Ave
Fifth Floor
New York, NY 10010

Heather Shaner
Attorney for Alvarez-Lozano
1702 S Street, N.W.
Washington, D.C. 20003

Brian McDaniel
Attorney for Delgado Gomez
1211 Connecticut Ave, N.W.
Suite 506
Washington, D.C. 20036

Howard Katzoff
Attorney for Tobon Rojas
717 D Street, N.W.
Suite 310
Washington, D.C. 20004


Re: <u>United States v. Archbold, et. al., No. 05-342</u>

Dear Counsel:

Accompanying this letter are three CDs and two DVDs containing discovery for the above referenced case. The CDs contain a large number of telephone calls, call summaries and or transcripts. The CDs and DVDs and the files they contain are identified as follows:

1. CD-identified as Round 1, disc 1;

    The CD contains a large number of telephone calls and call summaries involving co-defendants Alvaro Archbold, Jeffrey Lewis or Gareth Lewis.
    The CD contains three files titled Disc 1, 2, or 3. The files titled disc 1, disc 2, disc 3 contains call summaries and calls. Disc 1 contains recordings of telephone calls which are titled with the name of the defendant who is speaking. In the files titled discs 2 and 3 the documents titled "Marlin.html" contains written call summaries of the telephone conversations contained in the accompanying audio files. The conversations which were recorded may be spoken in English, Spanish, a Jamaican language called Patois, or a combination of those languages.

2. Two CDs-identified as Round 2, disc 1 and Round 2, disc 2;

The CDs contain a large number of telephone calls and call summaries involving indicted and unindicted co-conspirators. The conversations which were recorded are spoken in Spanish. The call and call summary files are in the original format and file organization as when they were received by the government.

On the CD's the files are named File #1 N.1 71314; File #2 N.2 71314; File #3 N.3 71314; File #4 71314; and File #5 71314. Within each file the calls are organized in files identified by names or alias which you may not be able to readily identify the indicted or unindicted co-conspirator. Within those files the calls are organized by audio and corresponding transcripts. Consequently, to assist you, I am providing the breakdown of the file names and the associated name of the indicted or unindicted co-conspirator for that particular file name.

File #1 N.1 71314
    File-BAR 71.314
        File Gustavo 311-4164994.  Gustavo is identified as Gustavo Barbosa

File #2 N.2 71314
    File Gustavo 311 4164994.  Gustavo is identified as Gustavo Barbosa
    File Negro-Alvaro 311 6523197.  Negro-Alvaro is identified as Alvaro Serrano
        Archbold-Manner
    File Tocayo 310 3509870.  Tocayo is identified as Luis Enrique Castaneda-Gonzalez
    File Papayo 311 6679147.  Papayo is identified as Jairo Sanchez (unindicted co-
        conspirator)

File #3 N.3 71314
    File-Alias Chiqui Tel 311 7371218.  Chiqui is identified as Fredy Gomez Perez
    File-El Papa 311 5195655.  Papa is identified as Juan de Jesus Rojas Rincon
    File-Alias Hugo Tel. 311 5760524.  Hugo is identified as Jose Hugo Alvarez Lozano
    File-Alias Papayo Tel. 311 6679147.  Papayo is identified as Jairo Sanchez (unindicted
        co-conspirator)
    File-Rigo 311 5764194.  Unidentifed, unindicted co-conspirator
    File-El Papa 311 5760554.  Papa is identified as Juan de Jesus Rojas Rincon
    File-Planilla-Rafita 311 6728681.  Rafita is identified as Sergio de Martini-Tamayo

File #4 N.4 71314
    File Alvaro Archbold-L Gordo-Chiqui-Patron-David
        Files-Audios Alvaro Archbold Negro.  Identified as Alvaro Serrano Archbold-
            Manner
        File-Audios Chiqui.  Chiqui is identified as Fredy Gomez Perez
        File-Audios Ulises Malkun Gordo.  Identifed as Ulises Malkum-Bernades
        File-Transcripciones
        File-Audl Patron 311 3124149 0707005.  Patron is identified as David Castano.
            (unindicted co-conspirator)
        File-Aud NN Relacion Chiqui. Chiqui is identified as Fredy Gomez Perez

    File-Carlango, Rey, Maruicio, Jimenez, Mao
        File-Audios Alias Carlanga.  Carlanga is identified as Carlos Delgado Gomez
        File-Transcripciones Carlanga.  Carlanga is identified as Carlos Delgado Gomez
        File-Audios Rey.  Rey is identified as Moreno Camelo Nestor William. (unindicted co-conspirator)
        File-Audi Elkin Mauricio Piloto.  Identifed as Cardenas Duque Elkin Maruicio. (unindicted co-conspirator)
        File-Audio Fernando Avendano.  Identified Fernando Avendano. (unindicted co-conspirator)
        File-Audio Mauricio Jimenez.  Identifed Maruicio Jimenez. (Unindicted co-conspirator)
    File-Enrique Castaneda Tocayo Eduardo
        File-Audio Tocayo.  Tocayo is identified as Luis Enrique Castaneda-Gonzalez
        File-Transcripciones Tocayo.  Tocayo is identified as Luis Enrique Castaneda-Gonzalez
        File-Aud Aduardo 310 7398563.  (unidentified, unindicted co-conspirator)
        File-Tr Eduardo 310 7398563.  (unidentified, unindicted co-conspirator)
    File-Gustavo Barbosa
        File-Audios Gustavo.  Identifed Gustavo Barbosa-Rodriguez
        File-Transripciones Gustavo.  Identifed Gustavo Barbosa-Rodriguez

File #5 N.5 71314
    File-Calvo, Alex, Gerente, Tico, Kike, Christo
        File-Audios Calvo, Alex, Gerente
            File-Aud Alex.  (unidentified, unindicted co-conspirator)
            File-Audios Gerentes.  (unidentified, unindicted co-conspirator)
            Files-Calvo.  Identifed as Montero Monsalvo Alvaro. (unindicted co-conspirator)
        File-Audios Kike, Tana, Tico
            Files-Kike.  Kike is identified as Luis Enrique Castaneda-Gonzalez
            File-Tana.  Tana is identified as Natanel Sepulveda Becerra. (unindicted co-conspirator)
            File-Tico.  (unidentified, unindicted co-conspirator)
        File-Trans-Calvo, Alex, Gerente
            File-Trascripciones Ales.  (unidentified, unindicted co-conspirator)
            File-Trascripciones Alex.  (unidentified, unindicted co-conspirator)
            File-Trascripciones Gerente.  (unidentified, unindicted co-conspirator)
        File-Trans-Kike, Tana, Tico
            File-Trascripciones Kike.  Kike is identified as Luis Enrique Castaneda-Gonzalez
            File-Trascripciones Tana.  Tana is identified as Natanel Sepulveda Becerra. (unindicted co-conspirator)
            File-Trascripciones Tico.  (unidentified, unindicted co-conspirator)

                File-Audio Christo 315 4371561.  Identified as Christo Barbosa Rodriguez.  (unindicted co-conspirator)

                File-Trans Christo 315 4371561 300805.  Identified as Christo Barbosa Rodriguez.  (unindicted co-conspirator)

File-Fernando, Mateo, Hueso, Mario
    File-Audio Fernando, Mateo, Hueso, Mario
        Files-Fernando 311 6826456 300805.  Identified as Fernando Zapata Bermudez

        Files-Fernando 312 6098880 170905.  Identified as Fernando Zapata Bermudez
        Files-Hueso 311 675 4356 24-01-06.  (unidentified, unindicted co-conspirator)
        Files-Hueso 311 675 6976 23-02-06.  (unidentified, unindicted co-conspirator)
        Files-Mario 311 862 9257 300805.  Identified as Mario Francisco Magana-Perez
        Files-Mateo 310 7202949 12-08-05.  Identified as Gerardo Tobon Rojas
        Files-Mateo 310 7176726 12-08-05.  Identified as Gerardo Tobon Rojas
        File-Tio Hacho o Mateo 311 6624830 150605.  Identified as Gerardo Tobon Rojas
    File-Trascripciones-Mateo
File-Pablo-Felipe-Grilla-Hormiga
    Files-Audios Pablo.  Identified as Arnulfo Sanchez Gonzalez.  (unindicted co-conspirator)
    Files-Felipe.  Identified as Martin Augusto Lopez Moren.  (unindicted co-conspirator)
    Files-Hormiga.  Identified as Guillermo Jose Romero Gutierrez.  (unindicted co-conspirator)
    Files-Trascripciones Pablo
    Files-Grillo.  Identified as Antonio Vicente Valera Amaya.  (unindicted co-conspirator)
File-Papa, Juanes, Hugo, Rigo, Cielo, Papayo, Papo, Alvaro
    File-Audios, alias Papo, Alvaro, Azulito, Contador
        File-Audio Alvaro.  Identified as Alvaro Alfonso.  (unindicted co-conspirator)
        File-Audio Papo.  Identified as Jaime Hernan Gutierrez-Diaz
        File-AzulitoPapayo.  Identified as Jario Sanchez.  (unindicted co-conspirator)
        File-Contador_Papo.  Contador (unidentified, unindicted co-conspirator)
    File-Audios, Rigo, Cielo, Hugo, Juan R, Juanes
        File-Audio Juan Rincon.  Identified as Juan de Jesus Rincon-Rojas,

        a.k.a. "Papa"
File-Hugo Audio.  Identified as  Jose Hugo Talvarez Lozano.  (unindicted co-conspirator)
File-Aud Juanes 3115135443.  Identified as Juan Eduardo Perez Rincon.
File-Aud Cielo 310-4814467.  Identified as Cielo Restrepo.  (unindicted co-conspirator)
File-Aud Rigo 311-8268729.  Unidentified, unindicted co-conspirator
File-Trascripciones
    File-Transcripciones Hugo. Identified as  Jose Hugo Talvarez Lozano. (unindicted co-conspirator)
    File-Transcripciones Papo, Alvaro, Azulito, Contador
        File-Transcripciones Alvaro.  (unidentified, unindicted co-conspirator)  Brother of Jaime Hernan Gutierrez-Diaz.
        File-Transcripciones Papo.  Jaime Hernan Gutierrez-Diaz
        File-Tra Contador.  Unidentifed, unindicted co-conspirator
        File-Tra Papayo.  Identified as Jario Sanchez
    File-Trascripciones Juan Rincon. Identified as Juan de Jesus Rincon-Jesus, a.k.a. "Papa"
    File-Tr Juanes 3115135443 190805.  Identified as Juan Eduardo Perez Rincon
    File-Tr.Rigo 311-8268729 220705.  Unidentified, unindicted co-conspirator
    File-Tr.Cielito 310-4814467 15-06-05.  Identified as Cielo Restrepo.  (unindicted co-conspirator)

3.  Two DVDs-identified as round 3, disc 1 and round 3, disc 2;

      The DVD's contain a file titled disc 1 or disc 2.  Within that file is another file titled audio, which contains the audio recordings.  There are also two additional documents titled Marlin containing summary sheets of the recordings.  The recording conversations have been identified to Jeffrey Lewis and or Gareth Lewis.  The conversations which were recorded may be spoken in English, Spanish, a Jamaican language called Patois, or a combination of those languages.

      Additionally, to assist the defense, I would inform you that the sound files on the CD are identified by date and a call number.  The date on the audio file typically uses a dd/mm/yy method of date identification.  In each file there is a transcript file containing written transcripts of the audio files.  In order to match a written transcript to a audio file reference should be made to the date and call number.  It should be noted that the transcripts also, typically use a dd/mm/yy method of date identification.  Additionally, the written transcripts identify the speakers in that call, if known, by alias, nickname, or first name (see the corresponding list in this letter).

      It is important to note that a file may not contain all of the calls for that person.  For example, a call between two defendants may be listed only under one defendant's file name.  A review of the written transcripts will identify by name, if known, who is speaking and therefore

allow you to locate calls in which your client is speaking but may not be under his file name. Also, indicted and unindicted co-conspirators may be mentioned in a conversation in which they did not participate. **Consequently, I would urge you to fully review all of the calls and written transcripts**.

      The enclosed material and any future discovery provided to you which may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute or relevant case law is provided voluntarily and solely as a matter of discretion. By producing such material to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

      In addition, the government will produce to you any additional Jencks materials, including any relevant grand jury transcripts, assuming a Rule 6(e) order has been issued, when necessary, if you agree to the production of reciprocal Jencks material or affirmatively represent that you have no Jencks material to produce.

      With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure. The government also requests notice of any intention of your client to rely on an entrapment defense, a defense involving mental condition or duress, or an alibi defense.

      You may contact me at 202-305-7606 or if you desire to contact me by letter please send it by fax 202-514-0483, as U.S. Mail DOJ security measures may prevent mail from reaching me for three weeks or longer.

Sincerely,

Patrick H. Hearn
Trial Attorney
Department of Justice
Narcotic and Dangerous Drug Section