UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUAN EDUARDO PEREZ RINCON )<br>)<br>Defendant. )<br>_____) | Criminal Case No. 05-342-24 (RCL)<br><br>FILED<br>JUN 3 0 2008<br>Clerk, U.S. District and<br>Bankruptcy Courts |

## ORDER

This matter is before the Court on the Goverment's Unopposed Motion to File Out of Time and upon consideration of the motion it is this ____30th____ day of ____June____, 2008,

**ORDERED** that the Government's Motion should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the Clerk of the Court file the Government's motions, Government's Response to Defendant's Discovery Requests and Motion for Bill of Particulars and Proposed Order.

_____
Honorable Royce C. Lamberth
U.S. District Judge
United States District Court
For the District of Columbia

cc:   Patrick H. Hearn, Trial Attorney            Todd Merer
      U.S. Department of Justice                  Attorney for Perez Rincon
      Narcotic and Dangerous Drug                 41 Madison Ave.
      1400 New York Ave., N.W.                    Fifth Floor
      Washington, D.C. 20005                      New York, NY 10010
      202-305-7606                                Toddmerer@aol.com
      patrick.hearn@usdoj.gov