UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> JESUS MURILLO LENIS, : <br> : <br> Defendant. : <br> : | Case Number: 05-CR-0342 RCL |

NOTICE OF INTENT TO INTRODUCE
PRIOR CONVICTIONS OF ANY AND ALL GOVERNMENT WITNESSES

Comes now JESUS ANTONIO MURILLO-LENIS, through counsel and pursuant to *Fed.R.Evid*. 609 and gives notice to the government of his intent to introduce evidence of any government witness's prior convictions. In addition, JESUS ANTONIO MURILLO-LENIS intends to introduce those convictions of government witnesses that exceed the limitations period described at *Fed.R.Evid*. 609(b) if the conviction involves an act that goes directly to the honesty or credibility of the witness.

Respectfully submitted,
ANTHONY D. MARTIN

By: _____
Anthony D. Martin, 362-537
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770
(301) 220-3700; (301) 220-0791(fax)

*Attorney for*
 JESUS ANTONIO MURILLO-LENIS