UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **CR. NO. 05-267 (RMC)** |
| ) | |
| **JUAN EDUARDO PEREZ-RINCON,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Defendant's Motion to Dismiss Indictment for Lack of Venue and the Government's Response in Opposition to Defendant's Motion to Dismiss Indictment for Lack of Venue it is **ORDERED**, that the Defendant's Motion to Dismiss Indictment for Lack of Venue be **DENIED**.

**SO ORDERED**,

_____              _____
      DATE                                            HONORABLE ROYCE C. LAMBERTH
                                                              U.S. DISTRICT JUDGE
                                                              UNITED STATES DISTRICT COURT
                                                              FOR THE DISTRICT OF COLUMBIA