A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

|                          |   |                           |
|--------------------------|---|---------------------------|
| Plaintiff(s)             | ) | **APPEARANCE**            |
|                          | ) |                           |
|                          | ) |                           |
| vs.                      | ) | CASE NUMBER    05-342     |
| Juan Eduardo Perez-Rincon| ) |                           |
|                          | ) |                           |
| Defendant(s)             | ) |                           |

To the Clerk of this court and all parties of record:

Please enter the appearance of   Teresa A. Wallbaum        as counsel in this
                                (Attorney's Name)

case for:   United States of America
                    (Name of party or parties)

August 13, 2008
Date

Illinois # 6211941
BAR IDENTIFICATION

Signature

Teresa A. Wallbaum
Print Name

1400 New York Ave, NW
Address

Washington, DC 20530
City          State          Zip Code

(202) 616-5193
Phone Number